# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-378-708

**Effective Date of Registration:**
January 14, 2024
**Registration Decision Date:**
January 16, 2024

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

For Photographs Published: October 23, 2023 to October 23, 2023

## Title

| | |
|---|---|
| **Title of Group:** | Bullseye Bore Photographs for website October 2023 |
| **Number of Photographs in Group:** | 16 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Earliest Publication Date in Group:** | October 23, 2023 |
| **Latest Publication Date in Group:** | October 23, 2023 |

## Author

| | |
|---|---|
| **Author:** | Bullseye Bore, Inc. |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Bullseye Bore, Inc.<br>109 East 17th Street, Suite 490, Cheyenne, WY, 82001, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Aitken Law Offices |
| **Name:** | Andrew Charles Aitken |
| **Email:** | acaitken@aitkenlawoffices.com |
| **Telephone:** | (301)537-3299 |



Bullseye1 Horizontal Board Laser Image



Bullseye2 Orange Drill and Drywall

**Exhibit C**



Bullseye3 Angle Board Laser Image





Bullseye4 Red Drill and Red Device          Bullseye5 Yellow Drill and Green Device

**Exhibit C**



Bullseye6 Orange Drill and Green Device



Bullseye7 Cobalt Drill Red Device



Bullseye8 Grey Drill Red Device

**Exhibit C**



Bullseye9 Masonry bit with device



Bullseye10 Frostner bit with device



Bullseye11 Standard bit  with device



Bullseye12 Augur Bit with device

**Exhibit C**



Bullseye13 Spade Bit with device



Bullseye14 Aircraft Bit with Device



**Exhibit C**






Bullseye15 Hex Shank bit with device            Bullseye16 Red Drill Red Device

**Exhibit C**

