# EXHIBIT 3

# Drill Guide Infringement Report

## Table of Contents

**Defendant #1 — stecak (Amazon) — Page 3**

B0FTXQX9KY: Drill Guide for Hand Drill | Precise Hole Locator | Locator ... — Page 5

**Defendant #2 — ruixjz (Amazon) — Page 8**

B0FWKK3JY3: Woodworking Drill Jig - Accurate Hole Positioning Tool | Dra... — Page 10

**Defendant #3 — xuyunus (Amazon) — Page 13**

B0FTXQDL5M: Drill Guide, Precise Measuring Gauge Hole Finder | Drill Loc... — Page 15

**Defendant #4 — QIQI-line (Amazon) — Page 18**

B0FXSLY2YX: Drill Hole Guide | Precise Hole Alignment Gauge, Punch Locat... — Page 20

**Defendant #5 — linjidd (Amazon) — Page 23**

B0FWBP3HMR: Drill Guide - Accurate Hole Alignment Jig, Adjustable Drill ... — Page 25

**Defendant #6 — suaselky (Amazon) — Page 28**

B0FTZ8MP4H: Precise Hole Alignment Gauge - Adjustable Drill Positioning ... — Page 30

**Defendant #7 — woyer (Amazon) — Page 33**

B0FWC1JPNH: Precision Drill Locator Tool - Adjustable Hole Alignment Gui... — Page 35

**Defendant #8 — PickMe (Walmart) — Page 38**

19038564972: Drill Bit Hole Position Optical Positioner, Drill and Hole L... — Page 40

**Defendant #9 — iPOGP (Walmart) — Page 43**

19609302590: Portable Drill Guide, Drill and Hole Locator Jig... — Page 45

**Defendant #10 — Dienrx (Walmart) — Page 48**

14125824894: Clearance Under 5$ Dienrx Drill and Hole Locator... — Page 50

**Defendant #11 — Tyeign (Walmart) — Page 53**

18970360764: Drill And Hole Locator Precision Alignment Tool for Accurate... — Page 55

**Defendant #12 — Ngheia (Walmart) — Page 58**

16859506705: Drill Hole Position Optical Locator Green Plastic... — Page 60

**Defendant #13 — Harlik (Walmart) — Page 63**

17759168066: Under $5 Laser Drill Guide, Green Drill Hole Guide... — Page 65

**Defendant #14 — XIUIMIN (Walmart) — Page 68**

18074715542: SLUOHZXI Hole Locator Drill Alignment Tool Guide Drill Drill... — Page 70

**Defendant #15 — JH's store (Walmart) — Page 73**

15200554544: Hole Puncher, Guide, Drilling Locator, Center Scriber Line P... — Page 75

**Defendant #16 — Shenglin Co., Ltd. (Walmart) — Page 78**

16676515232: PPKVUFD Drill Guide Drill Hole Locator Drill Alignment Tool... — Page 80

**Defendant #17 — Slfeng (Walmart) — Page 83**

18997369060: Drill Hole Locator Tool - Precision Guide Device... — Page 85

**Defendant #18 — Zena Tool Mall (Walmart) — Page 88**

18438162624: Woodworking Tools, Drill And Hole Locator Advanced Precision... — Page 90

**Defendant #19 — weiz-68 (eBay) — Page 93**

336131894312: 1pcs Drill Guide Drill Hole Locator Drill Alignment Tool Dri... — Page 95

**Defendant #20 — deojuey (eBay) — Page 98**

389770957937: Drill Guide Hole Locator Drill Alignment Tool Guide Drill Po... — Page 100

**Defendant #21 — redsetde (eBay) — Page 103**

389751831117: Drill Guide Hole Drilling Alignment Tool Drill Locator Tool ... — Page 105

**Defendant #22 — wihkined (eBay) — Page 108**

317931505475: Drill Guide Hole Locator Drill Alignment Tool Guide Drill Po... — Page 110

**Defendant #23 — yanfei1003 (eBay) — Page 113**

126736295206: Drill Guide Hole Locator Drill Alignment Tool Guide Drill Po... — Page 115

**Defendant #24 — e1bayisonthedecline (eBay) — Page 118**

127738201727: GMHLLES Drill Guide Drill Hole Locator Drill Alignment Tool ... — Page 120

# Defendant #1

**Seller:** stecak

| | |
|---|---|
| **Platform** | Amazon |
| **Seller ID** | A10AQ2TP7C9FKB |
| **Business Name** | Shenzhendiyuxiakejiyouxiangongsi |
| **Country** | CN |
| **Seller URL** | https://www.amazon.com/sp?ie=UTF8&seller=A10AQ2TP7C9FKB&asin=B0FTXQX9KY |

**Products:**

| Product ID | Product Name |
|---|---|
| B0FTXQX9KY | Drill Guide for Hand Drill \| Precise Hole Locator \| Locator Tool |

## Defendant #1 — Seller Page Screenshot



# Product: B0FTXQX9KY

| | |
|---|---|
| **Product Name** | Drill Guide for Hand Drill \| Precise Hole Locator \| Locator Tool |
| **Product URL** | https://www.amazon.com/dp/B0FTXQX9KY |
| **Product ID** | B0FTXQX9KY |
| **Platform** | Amazon |
| **Brand Name** | stecak |
| **Seller Name** | stecak |
| **Seller ID** | A10AQ2TP7C9FKB |
| **Seller Business Name** | Shenzhendiyuxiakejiyouxiangongsi |
| **Seller URL** | https://www.amazon.com/sp?ie=UTF8&seller=A10AQ2TP7C9FKB&asin=B0FTXQX9KY |
| **Seller Country** | CN |

## Product Page Screenshot — B0FTXQX9KY



## Checkout Page Screenshot — B0FTXQX9KY



# Defendant #2

**Seller:** ruixjz

| | |
|---|---|
| **Platform** | Amazon |
| **Seller ID** | A15TPCVSNJVCIW |
| **Business Name** | bengburuixiangjiachuangdianzishangwuyouxiangongsi |
| **Country** | CN |
| **Seller URL** | https://www.amazon.com/sp?ie=UTF8&seller=A15TPCVSNJVCIW&asin=B0FWKK3JY3 |

**Products:**

| Product ID | Product Name |
|---|---|
| B0FWKK3JY3 | Woodworking Drill Jig - Accurate Hole Positioning Tool \| Drawer Handle |

## Defendant #2 — Seller Page Screenshot



# Product: B0FWKK3JY3

| | |
|---|---|
| **Product Name** | Woodworking Drill Jig - Accurate Hole Positioning Tool \| Drawer Handle Mounting Template |
| **Product URL** | https://www.amazon.com/dp/B0FWKK3JY3 |
| **Product ID** | B0FWKK3JY3 |
| **Platform** | Amazon |
| **Brand Name** | ruixjz |
| **Seller Name** | ruixjz |
| **Seller ID** | A15TPCVSNJVCIW |
| **Seller Business Name** | bengburuixiangjiachuangdianzishangwuyouxiangongsi |
| **Seller URL** | https://www.amazon.com/sp?ie=UTF8&seller=A15TPCVSNJVCIW&asin=B0FWKK3JY3 |
| **Seller Country** | CN |

## Product Page Screenshot — B0FWKK3JY3



## Checkout Page Screenshot — B0FWKK3JY3



# Defendant #3

**Seller:** xuyunus

| | |
|---|---|
| **Platform** | Amazon |
| **Seller ID** | A1OCI1ZN0DDOQZ |
| **Business Name** | NANCHANGSHIXIAOYUNZHANMAOYIYOUXIANGONGSI |
| **Country** | CN |
| **Seller URL** | https://www.amazon.com/sp?ie=UTF8&seller=A1OCI1ZN0DDOQZ&asin=B0FTXQDL5M |

**Products:**

| Product ID | Product Name |
|---|---|
| B0FTXQDL5M | Drill Guide, Precise Measuring Gauge Hole Finder \| Drill Locator Tool |

## Defendant #3 — Seller Page Screenshot



# Product: B0FTXQDL5M

| | |
|---|---|
| **Product Name** | Drill Guide, Precise Measuring Gauge Hole Finder \| Drill Locator Tool |
| **Product URL** | https://www.amazon.com/dp/B0FTXQDL5M |
| **Product ID** | B0FTXQDL5M |
| **Platform** | Amazon |
| **Brand Name** | xuyunus |
| **Seller Name** | xuyunus |
| **Seller ID** | A1OCI1ZN0DDOQZ |
| **Seller Business Name** | NANCHANGSHIXIAOYUNZHANMAOYIYOUXIANGONGSI |
| **Seller URL** | https://www.amazon.com/sp?ie=UTF8&seller=A1OCI1ZN0DDOQZ&asin=B0FTXQDL5M |
| **Seller Country** | CN |

## Product Page Screenshot — B0FTXQDL5M



## Checkout Page Screenshot — B0FTXQDL5M



# Defendant #4

**Seller:** QIQI-line

| | |
|---|---|
| **Platform** | Amazon |
| **Seller ID** | A2JW1MAQS7OJ0N |
| **Business Name** | guangzhou qiwei keji youxiangongsi |
| **Country** | CN |
| **Seller URL** | https://www.amazon.com/sp?ie=UTF8&seller=A2JW1MAQS7OJ0N&asin=B0FXSLY2YX |

**Products:**

| Product ID | Product Name |
|---|---|
| B0FXSLY2YX | Drill Hole Guide \| Precise Hole Alignment Gauge, Punch Locator Drill G |

## Defendant #4 — Seller Page Screenshot



# Product: B0FXSLY2YX

| | |
|---|---|
| **Product Name** | Drill Hole Guide \| Precise Hole Alignment Gauge, Punch Locator Drill Guide |
| **Product URL** | https://www.amazon.com/dp/B0FXSLY2YX |
| **Product ID** | B0FXSLY2YX |
| **Platform** | Amazon |
| **Brand Name** | QIQI-line |
| **Seller Name** | QIQI-line |
| **Seller ID** | A2JW1MAQS7OJ0N |
| **Seller Business Name** | guangzhou qiwei keji youxiangongsi |
| **Seller URL** | https://www.amazon.com/sp?ie=UTF8&seller=A2JW1MAQS7OJ0N&asin=B0FXSLY2YX |
| **Seller Country** | CN |

## Product Page Screenshot — B0FXSLY2YX



## Checkout Page Screenshot — B0FXSLY2YX



# Defendant #5

**Seller:** linjidd

| Platform | Amazon |
|---|---|
| Seller ID | A2PLQLJSR2RJE4 |
| Business Name | Nanchanglingjidao Maoyiyouxiangongsi |
| Country | CN |
| Seller URL | https://www.amazon.com/sp?ie=UTF8&seller=A2PLQLJSR2RJE4&asin=B0FWBP3HMR |

**Products:**

| Product ID | Product Name |
|---|---|
| B0FWBP3HMR | Drill Guide - Accurate Hole Alignment Jig, Adjustable Drill Locator Ga |

## Defendant #5 — Seller Page Screenshot



# Product: B0FWBP3HMR

| | |
|---|---|
| **Product Name** | Drill Guide - Accurate Hole Alignment Jig, Adjustable Drill Locator Gauge |
| **Product URL** | https://www.amazon.com/dp/B0FWBP3HMR |
| **Product ID** | B0FWBP3HMR |
| **Platform** | Amazon |
| **Brand Name** | linjidd |
| **Seller Name** | linjidd |
| **Seller ID** | A2PLQLJSR2RJE4 |
| **Seller Business Name** | Nanchanglingjidao Maoyiyouxiangongsi |
| **Seller URL** | https://www.amazon.com/sp?ie=UTF8&seller=A2PLQLJSR2RJE4&asin=B0FWBP3HMR |
| **Seller Country** | CN |

## Product Page Screenshot — B0FWBP3HMR



## Checkout Page Screenshot — B0FWBP3HMR



# Defendant #6

**Seller:** suaselky

| | |
|---|---|
| **Platform** | Amazon |
| **Seller ID** | AJ9OER2RQC3E9 |
| **Business Name** | guangzhouhongjianmaoyiyouxiangongsi |
| **Country** | CN |
| **Seller URL** | https://www.amazon.com/sp?ie=UTF8&seller=AJ9OER2RQC3E9&asin=B0FTZ8MP4H |

**Products:**

| Product ID | Product Name |
|---|---|
| B0FTZ8MP4H | Precise Hole Alignment Gauge - Adjustable Drill Positioning Jig, Profe |

## Defendant #6 — Seller Page Screenshot



# Product: B0FTZ8MP4H

| | |
|---|---|
| **Product Name** | Precise Hole Alignment Gauge - Adjustable Drill Positioning Jig, Professional Woodworking Locator |
| **Product URL** | https://www.amazon.com/dp/B0FTZ8MP4H |
| **Product ID** | B0FTZ8MP4H |
| **Platform** | Amazon |
| **Brand Name** | suaselky |
| **Seller Name** | suaselky |
| **Seller ID** | AJ9OER2RQC3E9 |
| **Seller Business Name** | guangzhouhongjianmaoyiyouxiangongsi |
| **Seller URL** | https://www.amazon.com/sp?ie=UTF8&seller=AJ9OER2RQC3E9&asin=B0FTZ8MP4H |
| **Seller Country** | CN |

## Product Page Screenshot — B0FTZ8MP4H



## Checkout Page Screenshot — B0FTZ8MP4H



# Defendant #7

**Seller:** woyer

| | |
|---|---|
| **Platform** | Amazon |
| **Seller ID** | AN6A5L1IJ1C0V |
| **Business Name** | wuhanchunwowodianzishangwuyouxiangongsi |
| **Country** | CN |
| **Seller URL** | https://www.amazon.com/sp?ie=UTF8&seller=AN6A5L1IJ1C0V&asin=B0FWC1JPNH |

**Products:**

| Product ID | Product Name |
|---|---|
| B0FWC1JPNH | Precision Drill Locator Tool - Adjustable Hole Alignment Guide |

## Defendant #7 — Seller Page Screenshot



# Product: B0FWC1JPNH

| | |
|---|---|
| **Product Name** | Precision Drill Locator Tool - Adjustable Hole Alignment Guide |
| **Product URL** | https://www.amazon.com/dp/B0FWC1JPNH |
| **Product ID** | B0FWC1JPNH |
| **Platform** | Amazon |
| **Brand Name** | woyer |
| **Seller Name** | woyer |
| **Seller ID** | AN6A5L1IJ1C0V |
| **Seller Business Name** | wuhanchunwowodianzishangwuyouxiangongsi |
| **Seller URL** | https://www.amazon.com/sp?ie=UTF8&seller=AN6A5L1IJ1C0V&asin=B0FWC1JPNH |
| **Seller Country** | CN |

## Product Page Screenshot — B0FWC1JPNH



## Checkout Page Screenshot — B0FWC1JPNH



# Defendant #8

**Seller:** PickMe

| | |
|---|---|
| **Platform** | Walmart |
| **Seller ID** | 101188532 |
| **Business Name** | Shenzhenshi MinghuixinDianzikeji Youxiangongsi |
| **Country** | CN |
| **Seller URL** | https://www.walmart.com/seller/101188532 |

**Products:**

| Product ID | Product Name |
|---|---|
| 19038564972 | Drill Bit Hole Position Optical Positioner, Drill and Hole Locator |

## Defendant #8 — Seller Page Screenshot



# Product: 19038564972

| | |
|---|---|
| **Product Name** | Drill Bit Hole Position Optical Positioner, Drill and Hole Locator |
| **Product URL** | https://www.walmart.com/ip/19038564972 |
| **Product ID** | 19038564972 |
| **Platform** | Walmart |
| **Brand Name** | Aonity |
| **Seller Name** | PickMe |
| **Seller ID** | 101188532 |
| **Seller Business Name** | Shenzhenshi MinghuixinDianzikeji Youxiangongsi |
| **Seller URL** | https://www.walmart.com/seller/101188532 |
| **Seller Country** | CN |

## Product Page Screenshot — 19038564972



## Checkout Page Screenshot — 19038564972



# Defendant #9

**Seller:** iPOGP

| | |
|---|---|
| **Platform** | Walmart |
| **Seller ID** | 101629729 |
| **Business Name** | shenzhenshimeishengshiwanjuyouxiangongsi |
| **Country** | CN |
| **Seller URL** | https://www.walmart.com/seller/101629729 |

**Products:**

| Product ID | Product Name |
|---|---|
| 19609302590 | Portable Drill Guide, Drill and Hole Locator Jig |

## Defendant #9 — Seller Page Screenshot



# Product: 19609302590

| | |
|---|---|
| **Product Name** | Portable Drill Guide, Drill and Hole Locator Jig |
| **Product URL** | https://www.walmart.com/ip/19609302590 |
| **Product ID** | 19609302590 |
| **Platform** | Walmart |
| **Brand Name** | iPOGP |
| **Seller Name** | iPOGP |
| **Seller ID** | 101629729 |
| **Seller Business Name** | shenzhenshimeishengshiwanjuyouxiangongsi |
| **Seller URL** | https://www.walmart.com/seller/101629729 |
| **Seller Country** | CN |

## Product Page Screenshot — 19609302590



## Checkout Page Screenshot — 19609302590



# Defendant #10

**Seller:** Dienrx

| | |
|---|---|
| **Platform** | Walmart |
| **Seller ID** | 102618461 |
| **Business Name** | guangzhouxiumeishipinyouxiangongsi |
| **Country** | CN |
| **Seller URL** | https://www.walmart.com/seller/102618461 |

**Products:**

| Product ID | Product Name |
|---|---|
| 14125824894 | Clearance Under 5$ Dienrx Drill and Hole Locator |

## Defendant #10 — Seller Page Screenshot



# Product: 14125824894

| | |
|---|---|
| **Product Name** | Clearance Under 5$ Dienrx Drill and Hole Locator |
| **Product URL** | https://www.walmart.com/ip/14125824894 |
| **Product ID** | 14125824894 |
| **Platform** | Walmart |
| **Brand Name** | Dienrx |
| **Seller Name** | Dienrx |
| **Seller ID** | 102618461 |
| **Seller Business Name** | guangzhouxiumeishipinyouxiangongsi |
| **Seller URL** | https://www.walmart.com/seller/102618461 |
| **Seller Country** | CN |

## Product Page Screenshot — 14125824894



## Checkout Page Screenshot — 14125824894



# Defendant #11

**Seller:** Tyeign

| | |
|---|---|
| **Platform** | Walmart |
| **Seller ID** | 102627606 |
| **Business Name** | guangzhoushirongchimaoyiyouxiangongsi |
| **Country** | CN |
| **Seller URL** | https://www.walmart.com/seller/102627606 |

**Products:**

| Product ID | Product Name |
|---|---|
| 18970360764 | Drill And Hole Locator Precision Alignment Tool for Accurate Wood Meta |

# Defendant #11 — Seller Page Screenshot



# Product: 18970360764

| | |
|---|---|
| **Product Name** | Drill And Hole Locator Precision Alignment Tool for Accurate Wood Metal Masonry Drilling |
| **Product URL** | https://www.walmart.com/ip/18970360764 |
| **Product ID** | 18970360764 |
| **Platform** | Walmart |
| **Brand Name** | Tyeign |
| **Seller Name** | Tyeign |
| **Seller ID** | 102627606 |
| **Seller Business Name** | guangzhoushirongchimaoyiyouxiangongsi |
| **Seller URL** | https://www.walmart.com/seller/102627606 |
| **Seller Country** | CN |

## Product Page Screenshot — 18970360764



## Checkout Page Screenshot — 18970360764



# Defendant #12

**Seller:** Ngheia

| | |
|---|---|
| **Platform** | Walmart |
| **Seller ID** | 102632060 |
| **Business Name** | guangzhoushifanmodianzishangwuyouxiangongsi |
| **Country** | CN |
| **Seller URL** | https://www.walmart.com/seller/102632060 |

**Products:**

| Product ID | Product Name |
|---|---|
| 16859506705 | Drill Hole Position Optical Locator Green Plastic |

## Defendant #12 — Seller Page Screenshot



# Product: 16859506705

| | |
|---|---|
| **Product Name** | Drill Hole Position Optical Locator Green Plastic |
| **Product URL** | https://www.walmart.com/ip/16859506705 |
| **Product ID** | 16859506705 |
| **Platform** | Walmart |
| **Brand Name** | Ngheia |
| **Seller Name** | Ngheia |
| **Seller ID** | 102632060 |
| **Seller Business Name** | guangzhoushifanmodianzishangwuyouxiangongsi |
| **Seller URL** | https://www.walmart.com/seller/102632060 |
| **Seller Country** | CN |

**Product Page Screenshot — 16859506705**



## Checkout Page Screenshot — 16859506705



# Defendant #13

**Seller:** Harlik

| | |
|---|---|
| **Platform** | Walmart |
| **Seller ID** | 102632325 |
| **Business Name** | guangzhouruizuhaomaoyiyouxiangongsi |
| **Country** | CN |
| **Seller URL** | https://www.walmart.com/seller/102632325 |

**Products:**

| Product ID | Product Name |
|---|---|
| 17759168066 | Under $5 Laser Drill Guide, Green Drill Hole Guide |

## Defendant #13 — Seller Page Screenshot



# Product: 17759168066

| | |
|---|---|
| **Product Name** | Under $5 Laser Drill Guide, Green Drill Hole Guide |
| **Product URL** | https://www.walmart.com/ip/17759168066 |
| **Product ID** | 17759168066 |
| **Platform** | Walmart |
| **Brand Name** | Goohae |
| **Seller Name** | Harlik |
| **Seller ID** | 102632325 |
| **Seller Business Name** | guangzhouruizuhaomaoyiyouxiangongsi |
| **Seller URL** | https://www.walmart.com/seller/102632325 |
| **Seller Country** | CN |

**Product Page Screenshot — 17759168066**



## Checkout Page Screenshot — 17759168066



# Defendant #14

**Seller:** XIUIMIN

| | |
|---|---|
| **Platform** | Walmart |
| **Seller ID** | 102651346 |
| **Business Name** | guangzhouxiumimaoyiyouxiangongsi |
| **Country** | CN |
| **Seller URL** | https://www.walmart.com/seller/102651346 |

**Products:**

| Product ID | Product Name |
|---|---|
| 18074715542 | SLUOHZXI Hole Locator Drill Alignment Tool Guide Drill Drill Bits |

## Defendant #14 — Seller Page Screenshot



# Product: 18074715542

| Product Name | SLUOHZXI Hole Locator Drill Alignment Tool Guide Drill Drill Bits |
|---|---|
| Product URL | https://www.walmart.com/ip/18074715542 |
| Product ID | 18074715542 |
| Platform | Walmart |
| Brand Name | SLUOHZXI |
| Seller Name | XIUIMIN |
| Seller ID | 102651346 |
| Seller Business Name | guangzhouxiumimaoyiyouxiangongsi |
| Seller URL | https://www.walmart.com/seller/102651346 |
| Seller Country | CN |

## Product Page Screenshot — 18074715542



## Checkout Page Screenshot — 18074715542



# Defendant #15

**Seller:** JH's store

| | |
|---|---|
| **Platform** | Walmart |
| **Seller ID** | 102715234 |
| **Business Name** | Wuhan Haochen E-commerce Co. |
| **Country** | CN |
| **Seller URL** | https://www.walmart.com/seller/102715234 |

**Products:**

| Product ID | Product Name |
|---|---|
| 15200554544 | Hole Puncher, Guide, Drilling Locator, Center Scriber Line Puncher Pos |

## Defendant #15 — Seller Page Screenshot



# Product: 15200554544

| | |
|---|---|
| **Product Name** | Hole Puncher, Guide, Drilling Locator, Center Scriber Line Puncher Positioner Tools |
| **Product URL** | https://www.walmart.com/ip/15200554544 |
| **Product ID** | 15200554544 |
| **Platform** | Walmart |
| **Brand Name** | JH's store |
| **Seller Name** | JH's store |
| **Seller ID** | 102715234 |
| **Seller Business Name** | Wuhan Haochen E-commerce Co. |
| **Seller URL** | https://www.walmart.com/seller/102715234 |
| **Seller Country** | CN |

**Product Page Screenshot — 15200554544**



## Checkout Page Screenshot — 15200554544



# Defendant #16

**Seller:** Shenglin Co., Ltd.

| | |
|---|---|
| **Platform** | Walmart |
| **Seller ID** | 102767917 |
| **Business Name** | guangzhoushenglinshipinyouxiangongsi |
| **Country** | CN |
| **Seller URL** | https://www.walmart.com/seller/102767917 |

**Products:**

| Product ID | Product Name |
|---|---|
| 16676515232 | PPKVUFD Drill Guide Drill Hole Locator Drill Alignment Tool |

## Defendant #16 — Seller Page Screenshot



# Product: 16676515232

| | |
|---|---|
| **Product Name** | PPKVUFD Drill Guide Drill Hole Locator Drill Alignment Tool |
| **Product URL** | https://www.walmart.com/ip/16676515232 |
| **Product ID** | 16676515232 |
| **Platform** | Walmart |
| **Brand Name** | Shenglin Co., Ltd. |
| **Seller Name** | Shenglin Co., Ltd. |
| **Seller ID** | 102767917 |
| **Seller Business Name** | guangzhoushenglinshipinyouxiangongsi |
| **Seller URL** | https://www.walmart.com/seller/102767917 |
| **Seller Country** | CN |

## Product Page Screenshot — 16676515232



## Checkout Page Screenshot — 16676515232



# Defendant #17

**Seller:** Slfeng

| | |
|---|---|
| **Platform** | Walmart |
| **Seller ID** | 102779227 |
| **Business Name** | guangzhoushiyankejiyouxiangongsi |
| **Country** | CN |
| **Seller URL** | https://www.walmart.com/seller/102779227 |

**Products:**

| Product ID | Product Name |
|---|---|
| 18997369060 | Drill Hole Locator Tool - Precision Guide Device |

## Defendant #17 — Seller Page Screenshot



# Product: 18997369060

| | |
|---|---|
| **Product Name** | Drill Hole Locator Tool - Precision Guide Device |
| **Product URL** | https://www.walmart.com/ip/18997369060 |
| **Product ID** | 18997369060 |
| **Platform** | Walmart |
| **Brand Name** | Slfeng |
| **Seller Name** | Slfeng |
| **Seller ID** | 102779227 |
| **Seller Business Name** | guangzhoushiyankejiyouxiangongsi |
| **Seller URL** | https://www.walmart.com/seller/102779227 |
| **Seller Country** | CN |

## Product Page Screenshot — 18997369060



## Checkout Page Screenshot — 18997369060



# Defendant #18

**Seller:** Zena Tool Mall

| | |
|---|---|
| **Platform** | Walmart |
| **Seller ID** | 102819614 |
| **Business Name** | guangzhouweibangweimaoyiyouxiangongsi |
| **Country** | CN |
| **Seller URL** | https://www.walmart.com/seller/102819614 |

**Products:**

| Product ID | Product Name |
|---|---|
| 18438162624 | Woodworking Tools, Drill And Hole Locator Advanced Precision Alignment |

## Defendant #18 — Seller Page Screenshot



# Product: 18438162624

| | |
|---|---|
| **Product Name** | Woodworking Tools, Drill And Hole Locator Advanced Precision Alignment Tool |
| **Product URL** | https://www.walmart.com/ip/18438162624 |
| **Product ID** | 18438162624 |
| **Platform** | Walmart |
| **Brand Name** | Zena Tool Mall |
| **Seller Name** | Zena Tool Mall |
| **Seller ID** | 102819614 |
| **Seller Business Name** | guangzhouweibangweimaoyiyouxiangongsi |
| **Seller URL** | https://www.walmart.com/seller/102819614 |
| **Seller Country** | CN |

## Product Page Screenshot — 18438162624



## Checkout Page Screenshot — 18438162624



# Defendant #19

**Seller:** weiz-68

| | |
|---|---|
| **Platform** | eBay |
| **Seller ID** | 2390589396 |
| **Business Name** | weiz-68 |
| **Country** | CN |
| **Seller URL** | https://www.ebay.com/usr/weiz-68 |

**Products:**

| Product ID | Product Name |
|---|---|
| 336131894312 | 1pcs Drill Guide Drill Hole Locator Drill Alignment Tool Drill Guide G |

## Defendant #19 — Seller Page Screenshot



# Product: 336131894312

| | |
|---|---|
| **Product Name** | 1pcs Drill Guide Drill Hole Locator Drill Alignment Tool Drill Guide Green |
| **Product URL** | https://www.ebay.com/itm/336131894312 |
| **Product ID** | 336131894312 |
| **Platform** | eBay |
| **Brand Name** | weiz-68 |
| **Seller Name** | weiz-68 |
| **Seller ID** | 2390589396 |
| **Seller Business Name** | weiz-68 |
| **Seller URL** | https://www.ebay.com/usr/weiz-68 |
| **Seller Country** | CN |

## Product Page Screenshot — 336131894312



## Checkout Page Screenshot — 336131894312



# Defendant #20

**Seller:** deojuey

| | |
|---|---|
| **Platform** | eBay |
| **Seller ID** | 2558265790 |
| **Business Name** | deojuey |
| **Country** | CN |
| **Seller URL** | https://www.ebay.com/str/deojuey |

**Products:**

| Product ID | Product Name |
|---|---|
| 389770957937 | Drill Guide Hole Locator Drill Alignment Tool Guide Drill Positioning |

## Defendant #20 — Seller Page Screenshot



# Product: 389770957937

| | |
|---|---|
| **Product Name** | Drill Guide Hole Locator Drill Alignment Tool Guide Drill Positioning |
| **Product URL** | https://www.ebay.com/itm/389770957937 |
| **Product ID** | 389770957937 |
| **Platform** | eBay |
| **Brand Name** | deojuey |
| **Seller Name** | deojuey |
| **Seller ID** | 2558265790 |
| **Seller Business Name** | deojuey |
| **Seller URL** | https://www.ebay.com/str/deojuey |
| **Seller Country** | CN |

## Product Page Screenshot — 389770957937



## Checkout Page Screenshot — 389770957937



# Defendant #21

**Seller:** redsetde

| | |
|---|---|
| **Platform** | eBay |
| **Seller ID** | 2560364552 |
| **Business Name** | redsetde |
| **Country** | CN |
| **Seller URL** | https://www.ebay.com/str/redsetde |

**Products:**

| Product ID | Product Name |
|---|---|
| 389751831117 | Drill Guide Hole Drilling Alignment Tool Drill Locator Tool For Everyw |

## Defendant #21 — Seller Page Screenshot



# Product: 389751831117

| | |
|---|---|
| **Product Name** | Drill Guide Hole Drilling Alignment Tool Drill Locator Tool For Everywhere |
| **Product URL** | https://www.ebay.com/itm/389751831117 |
| **Product ID** | 389751831117 |
| **Platform** | eBay |
| **Brand Name** | redsetde |
| **Seller Name** | redsetde |
| **Seller ID** | 2560364552 |
| **Seller Business Name** | redsetde |
| **Seller URL** | https://www.ebay.com/str/redsetde |
| **Seller Country** | CN |

**Product Page Screenshot — 389751831117**



## Checkout Page Screenshot — 389751831117



# Defendant #22

**Seller:** wihkined

| | |
|---|---|
| **Platform** | eBay |
| **Seller ID** | 2575543966 |
| **Business Name** | wihkined |
| **Country** | CN |
| **Seller URL** | https://www.ebay.com/usr/wihkined |

**Products:**

| Product ID | Product Name |
|---|---|
| 317931505475 | Drill Guide Hole Locator Drill Alignment Tool Guide Drill Positioning |

## Defendant #22 — Seller Page Screenshot



# Product: 317931505475

| | |
|---|---|
| **Product Name** | Drill Guide Hole Locator Drill Alignment Tool Guide Drill Positioning |
| **Product URL** | https://www.ebay.com/itm/317931505475 |
| **Product ID** | 317931505475 |
| **Platform** | eBay |
| **Brand Name** | wihkined |
| **Seller Name** | wihkined |
| **Seller ID** | 2575543966 |
| **Seller Business Name** | wihkined |
| **Seller URL** | https://www.ebay.com/usr/wihkined |
| **Seller Country** | CN |

## Product Page Screenshot — 317931505475



## Checkout Page Screenshot — 317931505475



# Defendant #23

**Seller:** yanfei1003

| | |
|---|---|
| **Platform** | eBay |
| **Seller ID** | 2582876823 |
| **Business Name** | yanfei1003 |
| **Country** | CN |
| **Seller URL** | https://www.ebay.com/usr/yanfei1003 |

**Products:**

| Product ID | Product Name |
|---|---|
| 126736295206 | Drill Guide Hole Locator Drill Alignment Tool Guide Drill Positioning |

## Defendant #23 — Seller Page Screenshot



# Product: 126736295206

| | |
|---|---|
| **Product Name** | Drill Guide Hole Locator Drill Alignment Tool Guide Drill Positioning US |
| **Product URL** | https://www.ebay.com/itm/126736295206 |
| **Product ID** | 126736295206 |
| **Platform** | eBay |
| **Brand Name** | yanfei1003 |
| **Seller Name** | yanfei1003 |
| **Seller ID** | 2582876823 |
| **Seller Business Name** | yanfei1003 |
| **Seller URL** | https://www.ebay.com/usr/yanfei1003 |
| **Seller Country** | CN |

## Product Page Screenshot — 126736295206



## Checkout Page Screenshot — 126736295206



# Defendant #24

**Seller:** e1bayisonthedecline

| | |
|---|---|
| **Platform** | eBay |
| **Seller ID** | 2771181367 |
| **Business Name** | e1bayisonthedecline |
| **Country** | CN |
| **Seller URL** | https://www.ebay.com/usr/e1bayisonthedecline |

**Products:**

| Product ID | Product Name |
|---|---|
| 127738201727 | GMHLLES Drill Guide Drill Hole Locator Drill Alignment Tool Drill Bits |

## Defendant #24 — Seller Page Screenshot



# Product: 127738201727

| | |
|---|---|
| **Product Name** | GMHLLES Drill Guide Drill Hole Locator Drill Alignment Tool Drill Bits |
| **Product URL** | https://www.ebay.com/itm/127738201727 |
| **Product ID** | 127738201727 |
| **Platform** | eBay |
| **Brand Name** | e1bayisonthedecline |
| **Seller Name** | e1bayisonthedecline |
| **Seller ID** | 2771181367 |
| **Seller Business Name** | e1bayisonthedecline |
| **Seller URL** | https://www.ebay.com/usr/e1bayisonthedecline |
| **Seller Country** | CN |

## Product Page Screenshot — 127738201727



## Checkout Page Screenshot — 127738201727

