**SCHEDULE A – BullseyeBore, Inc.**

| Def. # | Merchant Name (Brand Name) | Merchant ID | Product IDs |
|---|---|---|---|
| 1 | stecak (stecak) | A10AQ2TP7C9FKB | B0FTXQX9KY |
| 2 | ruixjz (ruixjz) | A15TPCVSNJVCIW | B0FWKK3JY3 |
| 3 | xuyunus (xuyunus) | A1OCI1ZN0DDOQZ | B0FTXQDL5M |
| 4 | QIQI-line (QIQI-line) | A2JW1MAQS7OJ0N | B0FXSLY2YX |
| 5 | Linjidd (linjidd) | A2PLQLJSR2RJE4 | B0FWBP3HMR |
| 6 | Suaselky (suaselky) | AJ9OER2RQC3E9 | B0FTZ8MP4H |
| 7 | Woyer (woyer) | AN6A5L1IJ1C0V | B0FWC1JPNH |
| 8 | PickMe (Aonity) | 101188532 | 19038564972 |
| 9 | iPOGP (iPOGP) | 101629729 | 19609302590 |
| 10 | Dienrx (Dienrx) | 102618461 | 14125824894 |
| 11 | Tyeign (Tyeign) | 102627606 | 18970360764 |
| 12 | Ngheia (Ngheia) | 102632060 | 16859506705 |
| 13 | Harlik (Goohae) | 102632325 | 17759168066 |
| 14 | XIUIMIN (SLUOHZXI) | 102651346 | 18074715542 |
| 15 | JH's store (JH's store) | 102715234 | 15200554544 |
| 16 | Shenglin Co., Ltd. (Shenglin Co., Ltd.) | 102767917 | 16676515232 |
| 17 | Slfeng (Slfeng) | 102779227 | 18997369060 |
| 18 | Zena Tool Mall (Zena Tool Mall) | 102819614 | 18438162624 |
| 19 | weiz-68 (weiz-68) | 2390589396 | 336131894312 |
| 20 | Deojuey (deojuey) | 2558265790 | 389770957937 |
| 21 | Redsetde (redsetde) | 2560364552 | 389751831117 |
| 22 | Wihkined (wihkined) | 2575543966 | 317931505475 |
| 23 | yanfei1003 (yanfei1003) | 2582876823 | 126736295206 |
| 24 | e1bayisonthedecline (e1bayisonthedecline) | 2771181367 | 127738201727 |